UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANYDIVISION

| | |
|---|---|
| SONYA WHITE,<br><br>      Plaintiff,<br>v.<br><br>THE CBE GROUP, INC.,<br><br>      Defendant. | Case No. 4:17-cv-00224-TWP-DML<br><br>Honorable Judge Tanya W. Pratt |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff SONYA WHITE, and the Defendant, THE CBE GROUP, INC., through their respective counsel that the above-captioned action is dismissed, without prejudice, against THE CBE GROUP, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 19, 2018                                        Respectfully Submitted,

| **SONYA WHITE** | **THE CBE GROUP, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Patrick A. Watts (*with consent*) |
| Nathan C. Volheim | Patrick. A. Watts |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Watts Law Group, LLC |
| 2500 S. Highland Avenue, Suite 200 | 212 South Bemiston Avenue, Suite 200 |
| Lombard, Illinois 60148 | St. Louis, MO 63105 |
| Phone: (630) 575-8181 | Phone: (314) 669-5490 |
| Fax :(630) 575-8188 | pwatts@swattslaw.com |
| nvolheim@sulaimanlaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim