IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SONYA WHITE,<br><br>    Plaintiff,<br>v.<br><br>THE CBE GROUP, INC.,<br><br>    Defendant. | Case No.: 4:17-cv-00224-TWP-DML<br><br>Honorable Tanya Walton Pratt<br><br>Honorable Magistrate Debra McVicker Lynch |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, SONYA WHITE ("Plaintiff"), by and through her attorneys, SONYA WHITE, having filed with this Court her Agreed Stipulation of Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

Date: 9/20/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF